Miriam Tauber (MT-1979)
MIRIAM TAUBER LAW PLLC
*Attorney for Plaintiff*
885 Park Avenue 2A
New York, New York 10075
Tel:   323.790.4881
Email: MiriamTauberLaw@gmail.com

 DAVID LOPEZ, ESQ. DL-6779
*Attorney for Plaintiff*
171 Edge of Woods Road, P.O. Box 323
Southampton, New York 11969-0323
Tel:   631.287.5520
Fax:   631.283.4735
Email: DavidLopezEsq@aol.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEBORAH DONOGHUE,<br><br>        Plaintiff,<br>    v.<br><br>ECOSPHERE TECHNOLOGIES, INC.,<br><br>        Nominal Defendant,<br><br>        and<br><br>WILLIAM O. BRISBEN, and<br>BRISBEN WATER SOLUTIONS, LLC,<br><br>        Defendants. | No.  16-cv-9115<br><br>**COMPLAINT FOR RECOVERY OF SHORT-SWING PROFITS UNDER 15 U.S.C. § 78(p)(b)**<br><br>**JURY TRIAL DEMANDED** |

**DEBORAH DONOGHUE**, by Miriam Tauber, Esq. and David Lopez, Esq., her attorneys, complaining of the Defendants, respectfully alleges the following upon information and belief, except as to herself and her own acts, which Plaintiff alleges on personal knowledge.

1