UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| DEBORAH DONOGHUE, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| ECOSPHERE TECHNOLOGIES, INC., | : | Case No.: 16-cv-09115-RA |
| | : | |
| Nominal Defendant, | : | ECF Case |
| | : | |
| and | : | |
| | : | |
| WILLIAM O. BRISBEN, and | : | |
| BRISBEN WATER SOLUTIONS, LLC, | : | |
| | : | |
| Defendants. | : | |
| | : | |

**DEFENDANTS WILLIAM O. BRISBEN'S AND BRISBEN WATER SOLUTIONS, LLC'S NOTICE OF MOTION TO DISMISS FOR IMPROPER VENUE UNDER 15 U.S.C. § 78aa OR,**

**IN THE ALTERNATIVE,**

**MOTION TO TRANSFER THIS ACTION TO THE SOUTHERN DISTRICT OF FLORIDA UNDER 28 U.S.C. § 1404**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, dated January 27, 2017; and upon the Affidavit of William O. Brisben, dated January 24, 2017, and the exhibits annexed thereto, Defendants William O. Brisben ("Mr. Brisben") and Brisben Water Solutions, LLC ("Brisben Water") (collectively, the "Brisben Defendants") will move this Court before the Honorable Ronnie Abrams, United States District Judge, at the United States Courthouse, located at 40 Foley Square, New York, NY 10007-1312, at a date and time to be set by the Court, for an Order pursuant to Federal Rule of Civil Procedure 12(b)(3) dismissing the

\\NY - 708462/000300 - 7201010 v1

Case 1:16-cv-09115-RA   Document 9   Filed 01/27/17   Page 2 of 3

Complaint filed by Deborah Donoghue ("Plaintiff") on November 23, 2016 ("Compl.") (ECF No. 3), for improper venue under 15 U.S.C. § 78aa; or, in the alternative, for an Order transferring this action to the Southern District of Florida under 28 U.S.C. § 1404.

Dated: New York, NY  
      January 27, 2017

HOGAN LOVELLS US LLP

By:   */s/ Dennis H. Tracey, III*  
     Dennis H. Tracey, III  
     Derek Musa  
     HOGAN LOVELLS US LLP  
     New York, NY  10022  
     Phone:  212-918-3524  
     Fax:  212-918-3100  
     Email: dennis.tracey@hoganlovells.com  
     Email: derek.musa@hoganlovells.com

*Attorneys for Defendants William O. Brisben and Brisben Water Solutions, LLC*

\\NY - 708462/000300 - 7201010 v1

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing has been duly served upon the following by the Court's CM/ECF E-Filing System this 27th day of January, 2017:

| | |
|---|---|
| Miriam Tauber, Esq. | David Lopez, Esq. |
| MIRIAM TAUBER LAW PLLC | 171 Edge of Woods Road |
| 885 Park Avenue 2A | P.O. Box 323 |
| New York, NY 10075 | Southampton, NY 11969-0323 |
| miriamtauberlaw@gmail.com | davidlopezesq@aol.com |
| **Attorney for Plaintiff** | **Attorney for Plaintiff** |

                                                 */s/ Dennis H. Tracey, III*
                                                 Dennis H. Tracey, III