UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEBORAH DONOGHUE,

   Plaintiff,

v.

ECOSPHERE TECHNOLOGIES, INC.,

   Nominal Defendant,

and

WILLIAM O. BRISBEN, and
BRISBEN WATER SOLUTIONS, LLC,

   Defendants.

Case No.: 1:16-cv-09115-RA

ECF Case

[PROPOSED] ORDER TRANSFERRING CASE TO THE DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

This matter is before the Court on Defendants William O. Brisben's and Brisben Water Solutions, LLC's Motion to Dismiss For Improper Venue Under 15 U.S.C. § 78aa or, In the Alternative, Motion to Transfer this Action to the Southern District of Florida Under 28 U.S.C. § 1404(a). On January 28, 2017, Plaintiff Deborah Donoghue filed her response consenting to the transfer of this case to the Southern District of Florida.

Accordingly, it is **ORDERED, ADJUDGED,** and **DECREED** that, pursuant to 28 U.S.C. § 1404(a), this matter is transferred to the District Court for the Southern District of Florida.

**SO ORDERED** this 10 day of February, 2017.

_____
Judge Ronnie Abrams